**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

VICTOR ARIZA,                                   CASE NO. 1:22-cv-22609-JLK

        Plaintiff,

v.

DUNKIN' BRANDS, INC., d/b/a DUNKIN',
a foreign for-profit corporation, and
DD IP HOLDERS LLC, a foreign limited
liability company,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants Dunkin' Brands, Inc. and DD IP Holders, LLC, by and through their undersigned counsel, hereby gives the Court notice that Plaintiff, Victor Ariza and Defendants have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated October 20, 2022.                         Respectfully submitted,

                                                       */s/ Beth S. Joseph*
                                                       Beth S. Joseph
                                                       Florida Bar No. 0062952
                                                       Email: beth.joseph@morganlewis.com
                                                        Morgan, Lewis & Bockius LLP
                                                        600 Brickell Avenue
                                                        Suite 1600
                                                        Miami, FL 33131-3075
                                                        Telephone: 305.415.3308
                                                        Facsimile: 305.415.3001

                                                        *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on October 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Beth S. Joseph
Beth S. Joseph

## SERVICE LIST

| | |
|---|---|
| Roderick V. Hannah<br>RODERICK V. HANNAH, ESQ., P.A.<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>Telephone: (954) 362-3800<br>Email: rhannah@rhannahlaw.com<br><br>*Counsel for Plaintiff* | Pelayo M. Duran<br>Law Offices of Pelayo Duran, P.A.<br>4640 N.W. 7th Street<br>Miami, FL 33126<br>Telephone: (305) 266-9780<br>Email: duranandassociates@gmail.com<br><br>*Co-Counsel for Plaintiff* |