UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22609-JLK

**VICTOR ARIZA**,

    Plaintiff,

vs.

**DUNKIN' BRANDS, INC., d/b/a DUNKIN'**,
**a foreign for-profit corporation, and**
**DD IP HOLDER LLC, a foreign limited**
**liability company,**

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  December 7, 2022

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Beth S. Joseph, Esq.
MORGAN LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
(305) 415-3308
Beth.joseph@morganlewis.com

*Attorneys for Defendant*
*DUNKIN BRANDS, INC. d/b/a*
*DUNKIN' and DD IP HOLDER LLC*

　　　　　　　　　　　　　　　　　　　　/s/ *Roderick V. Hannah*
　　　　　　　　　　　　　　　　　　　　Roderick V. Hannah